IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONNIE K. BAYLEY                                                  PLAINTIFF

v.                           Civil No. 04-6107

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                               DEFENDANT

## **JUDGMENT**

On this 7th day of December, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Shannon Muse Carroll, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,923.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                            /s/Bobby E. Shepherd
                                                            Honorable Bobby E. Shepherd
                                                            United States Magistrate Judge